JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY STERES, <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK[1], Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-05983-JC <br><br> JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that the judgment be entered in favor of Plaintiff and against Defendant, reversing his final decision.

Date:  March 4, 2025

/s/
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek, the current Acting Commissioner of Social Security, is substituted in as the defendant in this suit.