# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY STERES,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO[1],<br>COMMISIONER OF SOCIAL SECURTY,<br><br>    Defendant. | Case No.  2:24-cv-05983-JVS-JC<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br>**(Doc. No. 30)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the

///

///

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Frank Bisignano is hereby substituted as the Defendant in this action.

amount of NINE THOUSAND AND 0/100 ($9,000.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

    IT IS SO ORDERED.

DATE:   May 29, 2025                    /s/
                                                           HONONORABLE JACQUELINE CHOOLJIAN
                                                           UNITED STATES MAGISTRATE JUDGE